## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br><br>BEGINNINGS AND BEYOND COUNSELING, *individually and on behalf of all others similarly situated, doing business as* PLAY THERAPY, MINNESOTA,<br><br>　　　　　　　Plaintiff,<br><br>v.　　　Civil No. 24-1558 (DWF/DJF)<br><br>CHANGE HEALTHCARE, INC.,<br><br>　　　　　　　Defendant. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), and the Notice of Voluntary Dismissal without Prejudice filed in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [50]); Civil No. 24-1558 (DWF/DJF), (Doc. No. [11])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 31, 2024　　　　　　　s/Donovan W. Frank
　　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　　United States District Judge